UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL BOURNACCORSI,

        Plaintiff,

-vs-                                      Case No. 5:06-cv-318-Oc-10GRJ

UNITED STATES OF AMERICA,

        Defendant.
_____/

## O R D E R

On September 11, 2006, the United States Magistrate Judge issued a report (Doc. 4) recommending that the Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) should be denied and that the Plaintiff's Complaint should be dismissed with prejudice. The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Accordingly, upon due consideration and an independent examination of the case file, the report and recommendation of the Magistrate Judge (Doc. 4) is adopted, confirmed and made a part hereof. The Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is DENIED and the Plaintiff's Complaint against the United States of America (Doc. 1) is DISMISSED WITH PREJUDICE. The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 24th day of October, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Hon. Gary R. Jones, Magistrate Judge